1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   SANFORD STRATEGIC INVESTMENT                No. C 04-04398 RS (MEJ)
     FUND LLC
12                                               **NOTICE OF REFERRAL FOR**
                         Plaintiff(s),           **DISCOVERY**
13        v.

14   UNITED STATES OF AMERICA

15                         Defendant(s).
     _____/
16
     TO ALL PARTIES AND COUNSEL OF RECORD:
17
             The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes
18
     of discovery.  Please be advised that if a specific motion was filed prior to this notice of referral, the
19
     noticed date will no longer be in effect.  Instead, the parties shall comply with Judge James'
20
     Standing Order Regarding Discovery and Dispute Procedures, a copy of which is available on the
21
     Court's website at http://www.cand.uscourts.gov/ under the "Judges" tab.  A copy of the standing
22
     order is also enclosed herewith for any pro se party.
23
             The parties are advised that in regard to any pending discovery disputes, they must comply
24
     with Judge James' standing order and meet and confer in person.  If the parties are unable to resolve
25
     their dispute after the meet and confer session, they shall file a joint meet and confer letter.  A
26
     separate letter should be filed for each dispute.  Upon careful review of the parties' letter, the Court
27
     will either order further briefing and/or oral argument, or deem the matter submitted on the papers.
28
     Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1  filing of a joint letter.

2      Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any

3  questions.

4      **IT IS SO ORDERED**

5

6  Dated: September 26, 2012

7                                                    _____
   Maria-Elena James
   Chief United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

2